Page: 1

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 06-04976 JDS  
**Case Name:** GUTIERREZ, FRANCISCO J  

**Taxpayer ID #:** 13-7606594  
**Period Ending:** 09/05/08  

**Trustee:** DAVID P. LEIBOWITZ (330570)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****76-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/29/08 | {4} | Dora Gutierrez | per settlement of 07-797 | 1249-000 | 50,000.00 | | 50,000.00 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 5.94 | | 50,005.94 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | | 50,005.94 | 0.00 | $50,005.94 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| Subtotal | | 50,005.94 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $50,005.94 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ***-*****76-65 | 50,005.94 | 0.00 | 50,005.94 |
|  | $50,005.94 | $0.00 | $50,005.94 |



EXHIBIT C

{} Asset reference(s)

Printed: 09/05/2008 10:36 AM   V.10.54