**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| GUTIERREZ, FRANCISCO J | ) | |
| | ) | CASE NO. 06 B 04976 |
| DBA, CAIRE'S PIZZA | ) | |
| | ) | JUDGE BRUCE W. BLACK |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At: U.S. BANKRUPTCY COURT
   219 S. Dearborn, Courtroom 615
   Chicago, Illinois 60604

   on: **October 30, 2008**
   at: **9:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                                  $    50,005.94

   b. Disbursements                             $         0.00

   c. Net Cash Available for Distribution       $    50,005.94

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Trustee | $ 0.00 | $ 5,750.30 | $ |
| Trustee | $ 0.00 | $ | $ 117.98 |
| US Bankruptcy Court | $ 0.00 | $ | $ 250.00 |
| Trustee's Firm Legal | $ 0.00 | $27,482.50 | $ |
| Trustee's Firm Legal | $ 0.00 | $ | $ 328.40 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6. Claims of general unsecured creditors totaling $797.41, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $100.00%. Tardily filed claims are anticipated to receive a lower distribution of 93.95%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Citibank (USA) N.A. | $ 797.41 | $ 797.41 |

Allowed tardily filed claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 2 | FIA Card Services, N.A. | $ 9,831.73 | $ 9,237.15 |
| 3 | LVNV Funding LLC its successors and assigns as | $ 6,431.12 | $ 6,042.20 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Dated: **October 2, 2008**　　　For the Court,

　　　　　　　　　　　　　　By: **KENNETH S. GARDNER**
　　　　　　　　　　　　　　　　Kenneth S. Gardner
　　　　　　　　　　　　　　　　Clerk of the United States Bankruptcy Court
　　　　　　　　　　　　　　　　219 S. Dearborn Street, 7th Floor
　　　　　　　　　　　　　　　　Chicago, IL 60604

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 1                   Date Rcvd: Oct 02, 2008
Case: 06-04976                 Form ID: pdf002              Total Served: 23

The following entities were served by first class mail on Oct 04, 2008.
db            Francisco J Gutierrez,    1165 West 18th Street,    Floor 1,    Chicago, IL  60608-2355
aty          +Laura Barrientos-Du Vall,    Leibowitz Law Center,    420 West Clayton Street,
               Waukegan, Il 60085-4216
aty          +Sharanya Gururajan,    Leibowitz Law Center,    420 West Clayton Street,    Waukegan, IL 60085-4216
aty          +Timothy K Liou,    Liou Law Firm,    575 West Madison St,    Suite 361,    Chicago, IL 60661-2614
tr           +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
10720290     +Blatt, Hasenmiller, Leibsker, & Moore,    Suite 400,    125 South Wacker Drive,
               Chicago, IL 60606-4440
10720291     +Cap One Bk,    Po Box 85520,    Richmond, VA 23285-5520
10720292      Capital One,    Box 85167,    Richmond, VA  23285-5167
10720293     +Cbusasears,    Po Box 6189,    Sioux Falls, SD 57117-6189
10720294     +Citi Cards,    Box 6401,    The Lakes, NV 88901-6401
11023180     +Citibank (USA) N.A.,    PO Box 182149,    Columbus, OH 43218-2149
12371001      FIA Card Services, N.A.,    Attn: Mr. BK,    1000 Samoset Dr.,    DE5-023-03-03,    Newark, DE 19713
10720295     +First Data,    265 Broad Hollow R,    Melville, NY 11747-4802
10720288      Gutierrez Francisco J,    Floor 1,    1165 West 18th Street,    Chicago, IL  60608-2355
10720296     +Lasale Nt Bk,    135 S Lasalle,    Chicago, IL 60603-4489
10720289      Law Office Of Timothy K Liou,    Suite 361 575 West Madison Street,    Chicago, IL  60661-2614
10720297     +MBNA America,    Box 15002,    Wilmington, DE 19886-5002
10720298      Metropolitan Bank,    2235 West Cermak Road,    Chicago, IL  60608
10720299     +Monogram Bank N America,    Po Box 17054,    Wilmington, DE 19884-0001
10720300     +National City,    1 National City Pkwy,    Kalamazoo, MI 49009-8002
10720301     +National City Credit Card,    1 National City Pkwy,    Kalamazoo, MI 49009-8003
10720302     +Wash Mutual/providian,    Po Box 9180,    Pleasanton, CA 94566-9180

The following entities were served by electronic transmission on Oct 03, 2008.
12395931       E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,    assignee of Washington Mutual,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                               TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
                                                                                               TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Oct 04, 2008**             **Signature:** *Joseph Speetjens*