**Form 2**  Page: 1

## Cash Receipts And Disbursements Record

| **Case Number:** | 06-04976 JDS | **Trustee:** | DAVID P. LEIBOWITZ (330570) |
|---|---|---|---|
| **Case Name:** | GUTIERREZ, FRANCISCO J | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
|  |  | **Account:** | ***-*****76-65 - Money Market Account |
| **Taxpayer ID #:** | 13-7606594 | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 01/27/09 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 07/29/08 | {4} | Dora Gutierrez | per settlement of 07-797 | 1249-000 | 50,000.00 | | 50,000.00 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 5.94 | | 50,005.94 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 6.56 | | 50,012.50 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 5.45 | | 50,017.95 |
| 11/03/08 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.1200% | 1270-000 | 0.32 | | 50,018.27 |
| 11/03/08 | | To Account #********7666 | In Preparation of Distribution | 9999-000 | | 50,018.27 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 50,018.27 | 50,018.27 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 50,018.27 | |
| | | | **Subtotal** | | 50,018.27 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$50,018.27** | **$0.00** | |

EXHIBIT B

{} Asset reference(s)  Printed: 01/27/2009 09:26 AM   V.11.03

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 06-04976 JDS | **Trustee:** | DAVID P. LEIBOWITZ (330570) |
|---|---|---|---|
| **Case Name:** | GUTIERREZ, FRANCISCO J | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | **Account:** | ***-*****76-66 - Checking Account |
| **Taxpayer ID #:** | 13-7606594 | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 01/27/09 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/03/08 | | From Account #********7665 | In Preparation of Distribution | 9999-000 | 50,018.27 | | 50,018.27 |
| 11/03/08 | 101 | Clerk of Court | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 250.00 | 49,768.27 |
| 11/03/08 | 102 | DAVID P. LEIBOWITZ | Dividend paid 100.00% on $117.98, Trustee Expenses;  Reference: | 2200-000 | | 117.98 | 49,650.29 |
| 11/03/08 | 103 | DAVID P. LEIBOWITZ | Dividend paid 100.00% on $5,750.30, Trustee Compensation;  Reference: | 2100-000 | | 5,750.30 | 43,899.99 |
| 11/03/08 | 104 | Leibowitz Law Center | Dividend paid 100.00% on $27,482.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 27,482.50 | 16,417.49 |
| 11/03/08 | 105 | Leibowitz Law Center | Dividend paid 100.00% on $328.40, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 328.40 | 16,089.09 |
| 11/03/08 | 106 | Citibank (USA) N.A. | Dividend paid 100.00% on $797.41; Claim# 1; Filed: $797.41; Reference: | 7100-000 | | 797.41 | 15,291.68 |
| 11/03/08 | 107 | FIA Card Services, N.A. | Dividend paid  94.02% on $9,831.73; Claim# 2; Filed: $9,831.73; Reference: | 7200-000 | | 9,244.61 | 6,047.07 |
| 11/03/08 | 108 | LVNV Funding LLC its successors and assigns as | Dividend paid  94.02% on $6,431.12; Claim# 3; Filed: $6,431.12; Reference: | 7200-000 | | 6,047.07 | 0.00 |

Subtotals :   **$50,018.27**   **$50,018.27**

{} Asset reference(s)                                                                                                                                   Printed: 01/27/2009 09:26 AM     V.11.03

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 06-04976 JDS  
**Case Name:** GUTIERREZ, FRANCISCO J  

**Taxpayer ID #:** 13-7606594  
**Period Ending:** 01/27/09  

**Trustee:** DAVID P. LEIBOWITZ (330570)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****76-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 50,018.27 | 50,018.27 | $0.00 |
| | | | Less: Bank Transfers | | 50,018.27 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 50,018.27 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$50,018.27** | |

Net Receipts : 50,018.27  
───────────  
Net Estate : $50,018.27

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****76-65** | 50,018.27 | 0.00 | 0.00 |
| **Checking # ***-*****76-66** | 0.00 | 50,018.27 | 0.00 |
| | $50,018.27 | $50,018.27 | $0.00 |

{} Asset reference(s)